# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE THOMPSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TOM CAGLE and REBECCA DENNIS,<br><br>　　　　Defendants. | Case No. 1:18-cv-01020-LJO-EPG (PC)<br><br>ORDER ON PLAINTIFF'S MOTION RE: PARTIAL FILING FEE PAYMENTS<br><br>(ECF NO. 13) |

Wayne Thompson ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On October 10, 2018, Plaintiff filed a motion regarding his partial filing fee payments. (ECF No. 13). Plaintiff alleges that the California Department of Corrections and Rehabilitation ("CDCR") is forwarding to the Court payments exceeding the amount required by 28 U.S.C. § 1915.

The Court has reviewed its records, and to date it appears that Plaintiff has paid $60.05 towards the filing fee. However, the Court's records only list how much Plaintiff has paid. They do not list the deposits to Plaintiff's trust account. Thus, the Court is unable to determine whether the CDCR is forwarding more than the statutorily required monthly payment.

1

Therefore, if Plaintiff wishes to pursue this issue, he should file a copy of his prison trust account statement showing that the CDCR forwarded to the Court an amount exceeding the statutorily required monthly payment.

Accordingly, IT IS HEREBY ORDERED THAT Plaintiff has thirty days from the date of service of this order to file his trust account statement. If Plaintiff's fails to file his trust account statement by the deadline his motion will be denied.

IT IS SO ORDERED.

Dated: **October 15, 2018**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE