UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE THOMPSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TOM CAGLE and REBECCA DENNIS,<br><br>　　　　　Defendants. | Case No. 1:18-cv-01020-LJO-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION RE: PARTIAL FILING FEE PAYMENTS<br><br>(ECF NO. 13) |

Wayne Thompson ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On October 10, 2018, Plaintiff filed a motion regarding his partial filing fee payments. (ECF No. 13). Plaintiff alleges that the California Department of Corrections and Rehabilitation ("CDCR") is forwarding to the Court payments exceeding the amount required by 28 U.S.C. § 1915.

The Court reviewed its records, and as of the date of the review, it appeared that Plaintiff had paid $60.05 towards the filing fee. (ECF No. 14, p. 1). However, the Court's records only list how much Plaintiff paid. (Id.). They do not list the deposits to Plaintiff's trust account. (Id.). As the Court was unable to determine from its records whether the CDCR is forwarding more

than the statutorily required monthly payment, it directed Plaintiff to file a copy of his prison trust account statement showing that the CDCR forwarded to the Court an amount exceeding the statutorily required monthly payment. (Id. at 1-2). Plaintiff was warned that if he did not file his trust account statement within thirty days, his motion would be denied. (Id. at 2).

The thirty-day deadline has passed, and Plaintiff did not file his trust account statement. Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion regarding his partial filing fee payments is DENIED.

IT IS SO ORDERED.

Dated: **November 30, 2018**　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE