UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE THOMPSON,<br><br>        Plaintiff,<br><br>   v.<br><br>TOM CAGLE and REBECCA DENNIS,<br><br>        Defendants. | Case No. 1:18-cv-01020-LJO-EPG (PC)<br><br>ORDER FOR PLAINTIFF TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO STATE A CLAIM AND FAILURE TO PROSECUTE<br><br>(ECF NO. 12)<br><br>THIRTY-DAY DEADLINE<br><br>ORDER DIRECTING CLERK TO SEND PLAINTIFF A COPY OF THE SCREENING ORDER (ECF NO. 12) AND A CIVIL RIGHTS COMPLAINT FORM |

Wayne Thompson ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Plaintiff filed the complaint commencing this action on July 24, 2018. (ECF No. 1). On September 24, 2018, the Court issued a screening order finding that the complaint failed to state any cognizable claims. (ECF No. 12, p. 5). The Court gave Plaintiff thirty days to either file a First Amended Complaint or notify the Court that he wants to stand on the current complaint, subject to this Court issuing findings and recommendations to the assigned district judge consistent with the screening order. (Id. at 6).

The thirty-day deadline has passed, and Plaintiff has not filed an amended complaint or otherwise responded to the Court's screening order. Because Plaintiff has failed to timely file an amended complaint or notify the Court that he wants to stand on his current complaint, the

Court will order Plaintiff to show cause why this case should not be dismissed for failure to state a claim for the reasons laid out in the screening order and failure to prosecute this case.

Accordingly, it is HEREBY ORDERED that, within **thirty (30) days** from the date of service of this order, Plaintiff shall show cause why this case should not be dismissed for failure to state a claim and failure to prosecute. If Plaintiff files an amended complaint or notifies the Court that he wants to stand on his current complaint within the thirty-day period, the Court will discharge the order to show cause. **Failure to respond to this order will result in dismissal of the case.**

IT IS FURTHER ORDERED that the Clerk of Court is directed to send Plaintiff a copy of the screening order (ECF No. 12) and a civil rights complaint form.

IT IS SO ORDERED.

Dated:   **November 30, 2018**          /s/ *Erin P. Gray*
                                        _____
                                        UNITED STATES MAGISTRATE JUDGE