UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE THOMPSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TOM CAGLE and REBECCA DENNIS,<br><br>　　　　Defendants. | Case No. 1:18-cv-01020-LJO-EPG (PC)<br><br>ORDER ON PLAINTIFF'S MOTION FOR CLARIFICATION<br><br>(ECF NO. 21) |

　　　　Wayne Thompson ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

　　　　On January 28, 2019, Plaintiff filed a motion for clarification. (ECF No. 21). Plaintiff states that he accidently filed a duplicate case, and that this case and the duplicate case were originally filed in the wrong district. Plaintiff is now being charged two filing fees. Plaintiff asks for clarification, in layman's terms.

　　　　Plaintiff is being charged for two filing fees because he filed two cases and was granted *in forma pauperis* status in both. If Plaintiff believes that he should not be charged a filing fee in addition to the one being charged for this case, he should file a motion in the duplicate case (E.D. CA, 1:18-cv-01050) explaining what happened, and asking for his *in forma pauperis* status to be revoked and for a refund of any amounts already paid.

IT IS SO ORDERED.

　　Dated:　__**January 31, 2019**__　　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1