UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE THOMPSON, | Case No. 1:18-cv-01020-LJO-EPG (PC) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION TO REVOKE IN FORMA PAUPERIS STATUS IN CASE NO. 1:18-CV-01050 |
| v. | |
| TOM CAGLE and REBECCA DENNIS, | (ECF NO. 24) |
| Defendants. | |

Wayne Thompson ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On January 28, 2019, Plaintiff filed a motion for clarification. (ECF No. 21). Plaintiff stated that he accidently filed a duplicate case, and that this case and the duplicate case were originally filed in the wrong district. Plaintiff is now being charged two filing fees. Plaintiff asked for clarification, in layman's terms.

The Court informed Plaintiff that he is being charged for two filing fees because he filed two cases and was granted *in forma pauperis* status in both. The Court also informed Plaintiff that, if he believes that he should not be charged a filing fee in addition to the one being charged for this case, he should file a motion in the duplicate case (E.D. CA, 1:18-cv-01050) explaining what happened, and asking for his *in forma pauperis* status to be revoked and for a refund of any amounts already paid.

On March 11, 2019, Plaintiff filed a motion before this Court, asking for his *in forma pauperis* status to be revoked in the other case--Case No. 1:18-cv-01050. (ECF No. 24).

Plaintiff also asks for a refund of the amount paid pursuant to the order granting him *in forma pauperis* status.

Plaintiff's motion will be denied. After asking for clarification on how to proceed, Plaintiff ignored this Court's instructions. Moreover, Plaintiff failed to provide any legal authority for the proposition that this Court can vacate an *in forma pauperis* order issued by another judge in a separate case.

Accordingly, Plaintiff's request for his *in forma pauperis* status to be revoked in Case No. 1:18-cv-01050 is DENIED.

IT IS SO ORDERED.

Dated: **March 25, 2019**

_____
/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE